# Court of Appeals
# of the State of Georgia

ATLANTA, August 03, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0650. GREGORY KING v. ANIYAH JACKSON.**

Gregory King applies for discretionary review of the trial court's grant of a protective order against him based on stalking under OCGA § 16-5-94. This Court has "consistently treated stalking protective orders as directly appealable." *Bruno v. Light*, 344 Ga. App. 799, 800 n.2 (811 SE2d 500) (2018). Based on the limited application materials, this case does not appear to arise from a domestic relations matter that would otherwise subject it to the discretionary appeal procedures of OCGA § 5-6-35(a)(2).

This Court will grant a timely discretionary application if the lower court's order is directly appealable. OCGA § 5-6-35(j). Accordingly, this application is hereby GRANTED. King shall have ten days from the date of this order to file a notice of appeal with the trial court if he has not already done so. OCGA § 5-6-35(g). The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/03/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*